## CITY OF GALVESTON et al. v. UNITED STATES et al.

No. 827.   Decided March 13, 1967.*

*Harold E. Spencer* and *Nuel D. Belnap* for appellants in No. 827. *Don McDevitt, Sterling W. Steves, Harvey Huston* and *Milton E. Nelson, Jr.,* for appellants in No. 828.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Irwin A. Seibel, Robert W. Ginnane* and *Leonard S. Goodman* for the United States et al. in both cases. *Frank A. Leffingwell* for appellees Nueces County Navigation District No. 1 et al. in both cases.

Per Curiam.

The motion to affirm is granted and the judgment is affirmed.

---

*Together with No. 828, *Atchison, Topeka & Santa Fe Railway Co. et al.* v. *United States et al.,* also on appeal from the same court.